IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| | : CIVIL ACTION NO. 11-400 |
| BEVERLY HARDY | |
| | : |
| vs. | |
| | : |
| NCO FINANCIAL SYSTEMS | |

**ORDER REFERRING CASE TO ARBITRATION AND APPOINTING ARBITRATORS**

AND NOW, this        day of                  , 2011, it is hereby

ORDERED, pursuant to Local Civil Rule 53.2, Section 4(a), that the above civil action is herewith referred to arbitration and

| | |
|---|---|
| Chairperson | Peter J. Hoffman, Esq. |
| Arbitrator | Paul Alexander Lapinski, Esq. |
| Arbitrator | Christopher J. Evarts, Esq. |

having been selected at random by the arbitration clerk from among those certified as arbitrators, shall hear this case at 9:30 am, on Wednesday August 24, 2011. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA 19106. REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT**, pursuant to a notice which shall this day be mailed by the arbitration clerk to all counsel of record and the arbitrators, the arbitrators being authorized to change the time and date of the arbitration hearing provided the hearing is commenced within 30 days of the hearing date set forth in this order (continuances beyond this 30 day period must be approved by the court) and the clerk of court is notified of the change; and it is

FURTHER ORDERED, that all documentary evidence shall be marked in advance and exchanged, except for impeaching documents; and that the above designated chairman shall file with the clerk of court the arbitration award after the hearing is concluded.

The failure of counsel to promptly advise the arbitrators and the Arbitration Section of the Clerk's Office of the settlement or other final disposition of this case may result in appropriate discipline by the Court pursuant to Local Civil Rule 83.6.1.

BY THE COURT

S/LYNNE A. SITARSKI
HONORABLE LYNNE A. SITARSKI

ARB1.FRM