# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY HARDY, | ) **Case No.: 5:11-cv-400-JS** |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/  Craig Thor Kimmel
Craig Thor Kimmel
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: 877-788-2864
Email: kimmel@creditlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July 2011, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by electronic mail to:

Ross S. Enders, Esq.<br>
Sessions, Fishman, Nathan & Israel<br>
200 Route 31 North, Suite 203<br>
Flemington, NJ 08822

　　　　　　　　　　　　　　　　　　　/s/ Craig Thor Kimmel
　　　　　　　　　　　　　　　　　　Craig Thor Kimmel
　　　　　　　　　　　　　　　　　　Attorney ID # 57100
　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　Fax: 877-788-2864
　　　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com