## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEVERLY HARDY,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 11-cv-400 |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.** | : | |
| Defendant. | : | |

### ORDER

AND NOW, TO WIT: This __20TH__ day of July, 2011, having filed a Notice of Voluntary Dismissal and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of the Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:


 /s/ Lynne A. Sitarski
**HONORABLE LYNNE A. SITARSKI**
**United States Magistrate Judge**